# Court of Appeals
# of the State of Georgia

ATLANTA,   June 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0397.  DARIUS O. CRUMPTON v. THE STATE.**

In November 2011, the trial court revoked the balance of Darius O. Crumpton's probation after finding that he had committed new felony offenses.  Crumpton apparently filed a motion for new trial, though he has not included a copy of that motion in his application materials.  By order entered May 2, 2013, the trial court denied the motion for new trial.  On May 20, 2013, Crumpton filed this application for discretionary appeal.

An application is timely if it is filed within 30 days of the entry of the order to be appealed.  OCGA § 5-6-35 (d).  In order for this Court to have jurisdiction, an application for discretionary appeal must be timely filed.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Although a motion for new trial may extend the time in which appellate relief may be sought, that motion must also be filed within 30 days of the entry of judgment.  OCGA § 5-5-40 (a); OCGA § 5-6-35 (d).  An untimely motion for new trial is void and does not toll the time for filing the application.  See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990).

Because Crumpton has not included the motion for new trial with his application, we cannot determine whether the motion was timely filed, and thus whether it tolled the time for filing this application.  An applicant to this Court bears the burden of demonstrating that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989).  An applicant must "include a copy of any petition or motion which led directly to the order or judgment being appealed . . . ." OCGA § 5-6-35 (c); Court of Appeals Rule 31 (b).  By omitting the motion for new trial from his application, Crumpton has failed to demonstrate that this Court has

jurisdiction to consider his application.   Thus, this application for discretionary appeal is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/14/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*